**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                           **ORDER**

-against-                                      24-mj-1631

TREVIS RAPHAEL,

                              Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The court is in receipt of Mr. Raphael's Motion to Dismiss. A copy has been filed on the docket and provided to Mr. Raphael's attorney, Christopher Flood of the Federal Defenders of New York.

       As Mr. Raphael is represented by counsel, **all communication with the Court, including the filing of any motions, should come from his attorney, not from Mr. Raphael directly**. See generally United States v. Rivernider, 828 F.3d 91, 108 (2d Cir. 2016).

       A copy of this Order has been provided via email to AUSA Meredith Foster and Defense Counsel Christopher Flood. The Court has also mailed a copy to Mr. Raphael.

       SO ORDERED.

DATED:    New York, New York
                May 22, 2024

                                                      _____
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge